IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-64-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIE ANDREW CONGLETON, JR. | ) | |

This matter having come before the Court for hearing by oral motion, came to be heard, and was heard, before the undersigned United States District Judge, upon oral motion of the Defendant, and with the consent of the Government, seeking leave to continue the arraignment and trial.

For good cause shown, an oral order issued at the hearing on September 8, 2011, that this matter is continued until the Court's September 26, 2011 term of court.

It is further **ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED, this the _8_ day of September, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE