UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Willie Andrew Congleton Jr.**            **Docket No. 4:11-CR-64-1BO**

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willie Andrew Congleton Jr., who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 14, 2012, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. On March 15, 2015, the court reduced the defendant's sentence of imprisonment to 84 months pursuant to 18 U.S.C. § 3582(c)(2).

Willie Andrew Congleton Jr. was released from custody on June 26, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 7, 2018, the defendant tested positive on an instant drug screen for the use of cocaine. On March 9, 2018, Congleton signed a written admission of drug use and accepted responsibility for his actions. In view of these circumstances, it is respectfully recommended that the defendant's conditions of supervised release be modified as outlined below. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Willie Andrew Congleton Jr.
Docket No. 4:11-CR-64-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: March 9, 2018

## ORDER OF THE COURT

Considered and ordered this **11** day of **March**, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge